FILED
CLERK, U.S. DISTRICT COURT

JUN - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAXTER,<br><br>        Petitioner,<br><br>        v.<br><br>V. ALMAGER, Warden,<br><br>        Respondent. | Case No. CV 07-3399-AG (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

      IT IS ORDERED that judgment be entered dismissing the Second Amended Petition for Writ of Habeas Corpus with prejudice.

DATED: May 31, 2008

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE