FILED
CLERK, U.S. DISTRICT COURT

JUN - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARK BAXTER, ) | Case No. CV 07-3399-AG (JTL) |
| Petitioner, ) | **J U D G M E N T** |
| v. ) |  |
| V. ALMAGER, Warden, ) |  |
| Respondent. ) |  |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Second Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: **MAY 31, 2008**

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE